ROBERT KILBY, ESQ.
Nevada Bar No. 7402
LAW OFFICES OF ROBERT KILBY
1895 Plumas St., Suite 4
Reno, Nevada 89509
Telephone: (775) 337-6670
Facsimile: (775) 337-6652
robert@kilbylaw.net
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| P.S., a minor by and through his guardians ad litem HEATHER SINCLAIR and SCOTT SINCLAIR, <br><br> Plaintiffs, <br><br> v. <br><br> WASHOE COUNTY SCHOOL DISTRICT, MARY ELLEN ARRASCADA, MICHELLE FERRARI, and DOES 1-30, <br><br> Defendants | Case No. 3:16-cv-688-RCJ-VPC <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS WASHOE COUNTY SCHOOL DISTRICT, MARY ELLEN ARRASCADA AND MICHELLE FERRARI** |

COMES NOW, P.S., a minor by and through his guardians ad litem Heather Sinclair and Scott Sinclair, Plaintiffs in the above-entitled action, and Defendants WASHOE COUNTY SCHOOL DISTRICT, MARY ELLEN ARRASCADA and MICHELLE FERRARI, by and through their respective counsel, and hereby stipulate and agree as follows:

1.     Plaintiffs and Defendants herein agree to dismiss the complaint filed in Case No. 3:16-cv-688-RCJ-VPC, including all defendants therein, with prejudice, each party to bear his, her, or its own attorneys' fees and costs.

//

//

//

//

1       2.    Accordingly, the Parties jointly request that this Honorable Court dismiss this matter with

2   prejudice.

3       IT IS SO STIPULATED.

| DATED this 29th day of December, 2017. | DATED this 29th day of December, 2017. |
|---|---|
| LAW OFFICES OF ROBERT KILBY | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| BY:    /s/ Robert Kilby<br>Robert Kilby, Esq.<br>1895 Plumas Street, Suite 4<br>Reno, Nevada 89509<br>*Attorneys for Plaintiffs* | By:    /s/ Katherine F. Parks<br>Katherine F. Parks, Esq.<br>6590 S. McCarran Blvd, Suite B<br>Reno, Nevada 89509<br>*Attorneys for Defendant*<br>*Mary Ellen Arrascada* |
| DATED this 29th day of December, 2017. | DATED this 29th day of December, 2017. |
| WASHOE COUNTY SCHOOL DISTRICT | LAXALT & NOMURA |
| BY:    /s/ Sara K. Almo<br>Sara K. Almo, Esq.<br>PO Box 30425<br>Reno, Nevada 89520<br>*Attorneys for Defendant*<br>*Washoe County School District* | By:    /s/ Justin C. Vance<br>Daniel T. Hayward, Esq.<br>Justin C. Vance, Esq.<br>Laxalt & Nomura<br>9600 Gateway Dr.<br>Reno, NV  89521<br>*Attorneys for Defendant*<br>*Michelle Ferrari* |

## ORDER

IT IS SO ORDERED.

DATED: January 17, 2018

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE